2012 JAN 19 P 2: 12

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,               )
                                        )
         Plaintiff,                     )
                                        )
    v.                                  )    2:11-CR-441-GMN (GWF)
                                        )
JAY FRANCO CHAVEZ,                      )
                                        )
         Defendant.                     )

## ORDER OF FORFEITURE

On January 17, 2012, defendant JAY FRANCO CHAVEZ pled guilty to a One-Count Criminal Information charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343, and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information and the Plea Memorandum.

This Court finds that JAY FRANCO CHAVEZ shall pay a criminal forfeiture money judgment of $370,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JAY FRANCO CHAVEZ a criminal forfeiture money judgment in the amount of $370,000.00 in United States Currency.

**DATED** this 20th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge