UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   2:11-CR-441-GMN (GWF)
                                    )
JAY FRANCO CHAVEZ,                  )
                                    )
            Defendant.               )

### ORDER OF FORFEITURE

This Court found on January 20, 2012, that JAY FRANCO CHAVEZ shall pay a criminal forfeiture money judgment of $370,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 11.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JAY FRANCO CHAVEZ a criminal forfeiture money judgment in the amount of $370,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 10 day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Jay Franco Chavez**
**2:11-cr-00441-GMN-GWF**
<u>**Restitution List**</u>

Fan Financial 18, LLC                                   $273,250.00
425 NW 10th Avenue, Suite 307
Portland, Oregon 97209